No. 317. ESTATE OF DECASTRO *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for

writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Laurence Graves* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *Muriel S. Paul* for respondent.